IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ALTON BICKERSTAFF,

    Plaintiff,

v.                                             No. 2:22-cv-2037-MSN-atc

CTH RENTALS,

    Defendant.

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint, (ECF No. 1), filed January 25, 2022,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Plaintiff's Notice of Voluntary Dismissal, filed August 23, 2022, (ECF No. 24), as appropriate under Fed. R. Civ. P. 41(a), settling this matter between the parties and dismissing all claims against Defendant with prejudice, all claims against Defendants are hereby **DISMISSED WITH PREJUDICE**.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

August 25, 2022
Date